UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-174 |
| PALMA JEFFERSON, JR., ET AL. | SECTION "R" (1) |

### ORDER AND REASONS

Before the Court is defendant Palma L. Jefferson, Jr.'s motion for severance pursuant to Federal Rules of Criminal Procedure 8(b) and 14(a).[1] Defendant seeks severance from his co-defendant, Palma Jefferson, Sr., on the grounds that joinder is improper under Rule 8(b), and would be prejudicial to defendant.[2] Because Palma Jefferson, Sr. has pleaded guilty[3] and will not be proceeding to trial as a co-defendant, the Court DENIES defendant's motion as MOOT.

New Orleans, Louisiana, this __31st__ day of March, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 97.
[2] *Id.* at 7-10.
[3] R. Doc. 107.